ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., | NO.  C 12 5567 MEJ |
| Plaintiffs, | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| PETER ROSS CA, INC., etc., | |
| Defendant. | |

IT IS ORDERED that the Case Management Conference in this case set for March 14, 2013 be continued to May 23, 2013 at 10:00 a.m., Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: March 7, 2013

_____
Magistrate Judge Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE